IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| PARKER SQUARE SYNDICATE I, LLC | § | |
| Plaintiff | § | |
| v. | § | CIVIL NO. 7:17-CV-00060-O |
| | § | |
| UNITED FIRE AND CASUALTY | § | |
| COMPANY, | § | |
| Defendant | | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, PARKER SQUARE SYNDICATE I, LLC, by and through the undersigned counsel, and pursuant To Federal Rule of Civil Procedure 41(A), hereby dismisses, with prejudice, all claims in the above-styled action.

## CERTIFICATE OF SERVICE

On this 19th day of September 2018, I hereby certify that a true and correct copy of Plaintiff's Notice of Voluntary Dismissal with Prejudice was served via Electronic mail to the following counsel of record: J. Chad Gauntt of Gauntt Koen Binney & Kidd, LLP., 1400 Woodloch Forest Drive, Suite 575, The Woodlands, Texas 77380. Chad.gauntt@gkbklaw.com and David.andis@gkbklaw.com.

/s/ *Larry E. Bache, Jr.*
Larry E. Bache, Jr.,
William F. Merlin, Jr., Esq.
Bar No.: 102309
**MERLIN LAW GROUP, P.A.**
777 S. Harbour Island Blvd., Suite 950
Tampa, Florida 33602
Telephone: (813) 229-1000
Facsimile: (813) 229-3692
Email: lbache@merlinlawgroup.com
***Attorney for Plaintiff***